IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | : | |
| | : | |
| v. | : | CIVIL NO. CCB-10-2976 |
| | : | |
| SISTA'S, WHERE THE BROTHERS MEET, INC., T/A SISTA'S PLACE, ET AL. | : | |

...o0o...

**MEMORANDUM**

The Clerk has entered default against the three defendants in this case, which was brought under 47 U.S.C. §§ 553 and 605, all of whom were served but did not answer, and no response has been filed by any defendant to the plaintiff's motion for judgment by default, thus entitling the plaintiff to a finding of liability. Regarding an award of damages, the undersigned adopts the reasoning of her colleagues as stated in two opinions involving the same plaintiff and cause of action, *J & J Sports Productions, Inc. v. Greene*, 2010 WL 2696672 (D. Md. 2010), and *J & J Sports Productions, Inc. v. Quattrocche*, 2010 WL 2302353 (D. Md. 2010).

Noting that the investigator in this case observed on October 18, 2008, a total of five television sets displaying the pirated program before a maximum of 140 patrons who presumably paid a cover charge of $10.00 each, statutory damages in the amount of $1,400.00 will be awarded under 47 U.S.C. 605(e)(3)(C)(i)(II). In light of the undoubted willfulness of the violation, and the need for deterrence, but considering that an amount greater than the statutory minimum has been awarded, enhanced damages of three times the statutory amount ($4,200.00) will be added under 47 U.S.C. 605(e)(3)(C)(ii) for a total of $5,600.00.

A separate Order follows.


Date: March 31, 2011                              /s/
                                        Catherine C. Blake
                                        United States District Judge